IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| PENNY WHITNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | COMPLAINT |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | Civil Case No.:  1:14-cv-04266-DCN-SVH |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

1.      This complaint is brought by Penny T. Whitney, South Carolina, to review a final

decision of the Commissioner of Social Security, in which the Court has jurisdiction

under Section 205 (g) of the Social Security Act, as amended 42 U.S.C. 405 (g).

2.      This appeal has been commenced within the time period as specified by the Social

Security Administration to review the decision of the Appeals Council rendered on

January 28, 2014.

3.      Plaintiff has exhausted all of her administrative remedies prior to the filing of this

appeal.

4.      Plaintiff was denied Disability Insurance Benefits under the Social Security Act

by decision of an Administrative Law Judge of the Office of Hearings and Appeals, dated

October 24, 2012.  The Appeals Council denied the request for review of the decision of

the Administrative Law Judge by Notice, dated January 28, 2014.

5.      The decision denying Plaintiff's claim is not in accordance with the purpose and

intent of the Social Security Act, nor is it in accordance with the law, nor is it in

accordance with the evidence, but contrary thereto, in that Plaintiff is disabled, as defined

by the Social Security Act.

WHEREFORE, Plaintiff prays that the Commissioner of Social Security, Defendant herein, be required to answer this Complaint and to file a certified copy of the transcript of the record, including the evidence on which said findings and decisions are based, and that the said decisions of the Administrative Law Judge and Appeals Council be reviewed, reversed, and set aside, and that the claim of the Plaintiff Penny T. Whitney for Disability Insurance Benefits be allowed.

This 28th day of _March_, 2014.

s/Richard J. Paul
RICHARD J. PAUL
(ID # 3014)
530 Johnnie Dodds Blvd.
Suite 204
Mount Pleasant, SC 29464
(843) 884-4445